IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL BALDONADO and<br>VIRGINIA BALDONADO,<br><br>        Plaintiffs,<br><br>v.<br><br>ARVINMERITOR, INC., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 13-833-SLR/CJB<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 10th day of June, 2014, having considered the Report and Recommendation issued by United States Magistrate Judge Christopher J. Burke on May 20, 2014, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 105) is adopted.

2. Defendants' motions to dismiss (D.I. 10 and 18) are granted. The dismissal of these claims shall apply to all defendants in the case.

3. Plaintiffs may file an amended complaint within fifteen days (15) from the date of this order.

                                                                            *[signature]*
                                                          United States District Judge